**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Heather E. and Christopher B., Defendants,

Of whom Christopher B. is the Appellant,

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2013-001701

———————————

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-106
Submitted February 5, 2014 – Filed March 6, 2014

———————————

**AFFIRMED**

———————————

Matthew P. Head, of the Head Law Firm, LLC, of Greenville, for Appellant.

Kaye Davis, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Christopher B. appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  The court has thoroughly reviewed the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987).  Because we find the abandonment ground is met and termination of parental rights is in the best interest of the child, we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.